1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  CHRISTINA HUA (CSBN 185358)
   CYNTHIA STIER (DCBN 423256)
5  Assistant United States Attorneys
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7534
7      FAX: (415) 436-7234
   Attorneys for Plaintiff
8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12
   UNITED STATES OF AMERICA,         )    No. CR 06-0144 JSW
13                                   )
          Plaintiff,                 )
14                                   )
       v.                            )
15                                   )    **STIPULATION AND**
   RENATO MENDOZA MEDINA,            )    **[~~PROPOSED~~] PROTECTIVE ORDER**
16     a/k/a Rene Mendoza Medina,    )
   PHYLLIS REYES CUISON,             )
17     a/k/a Phyllis Cundangan Reyes, and )
   RAWLIN CUNDANGAN REYES,           )
18                                   )
          Defendants.                )
19                                   )

20                            STIPULATION

21      The United States and the defendants in this action, through undersigned counsel, hereby

22  stipulate and agree as follows:

23      1.   The United States is prepared to produce to each defendant's counsel of record in

24  this matter discovery containing sensitive tax, personal and/or financial information of third

25  parties, subject to the following conditions.

26      2.   No defense counsel of record shall disclose any documents or information

27  produced by the United States to anyone except his or her client, any defense witnesses, experts

28  or investigators retained in this case, or any defense staff working on the case, and no defendant,
    defense witnesses, experts or investigators, or defense staff shall disclose such documents or

information to anyone, absent further order of the Court.

    3.    The documents and information described in paragraph 1 shall be used only to prepare and evaluate the defense in this proceeding. Any person to whom the documents or information are disclosed must be provided with a copy of this Stipulation and Order. The materials provided to defense counsel pursuant to this order, and any copies thereof, shall be returned to the government at the conclusion of this case.

    4.    The documents described above shall not be copied at all unless copying is necessary for preparation of the defense in this proceeding. Any copy of the materials that is made shall be accompanied at all times by a copy of this Stipulation and Order. No document or copy thereof shall be left with any defense witness.

DATED: 3/23/06  
/S/ Christina Hua  
CHRISTINA HUA  
Assistant United States Attorney

DATED: 3/23/06  
/S/ Cristina C. Arguedas  
CRISTINA C. ARGUEDAS  
Counsel for Renato Mendoza Medina

DATED: 3/23/06  
/S/ Lidia Stiglich  
LIDIA STIGLICH  
Counsel for Rawlin Cundangan Reyes

DATED: 3/23/06  
/S/ Ann Moorman  
ANN MOORMAN  
Counsel for Phyllis Reyes Cuison

## ORDER

In light of the stipulation and agreement of the parties to this action, and good cause appearing therefor, it is HEREBY ORDERED that disclosure of the above-described information shall be restricted as set forth in Paragraphs 1 through 4 above.

DATED: March 27, 2006

JEFFREY S. WHITE  
United States District Judge