KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CHRISTINA HUA (CSBN 185358)
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7534
   FAX: (415) 436-7234
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0144 JSW |
|     Plaintiff, | |
| v. | |
| RENATO MENDOZA MEDINA, <br>   a/k/a Rene Mendoza Medina, <br> PHYLLIS REYES CUISON, <br>   a/k/a Phyllis Cundangan Reyes, and <br> RAWLIN CUNDANGAN REYES, | **STIPULATION AND <br> [PROPOSED] ORDER REGARDING <br> EXCLUSION OF TIME** |
|     Defendants. | |

    The defendants came before the Court for an initial status appearance on March 23, 2006. The matter was set over until April 20, 2006 at 2:30 p.m. before the Court for a status hearing. The parties agreed, and the Court found, that the time between March 23, 2006 and April 20, 2006 is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv).  The parties agreed, and the Court found that, that the case was complex, due to the nature of the crime, the number of different entities, bank accounts, and identities involved, and the large amount of discovery which the defense needs to review.  Due to the complexity of this matter, failure to grant the requested continuance would unreasonably deny the defense the reasonable time necessary for effective preparation.  The parties agree that the continuance from March 23, 2006 until April 20, 2006 is also necessary due to continuity of

defense counsel, given the need for defense counsel to spend time preparing other cases during this time period. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED: March 28, 2006              /s/ Christina Hua
                                   CHRISTINA HUA
                                   Assistant United States Attorney

DATED: March 28, 2006              /s/ Cristina Arguedas
                                   CRISTINA C. ARGUEDAS
                                   Counsel for Renato Mendoza Medina

DATED: March 28, 2006              /s/ Lidia Stiglich
                                   LIDIA STIGLICH
                                   Counsel for Rawlin Cundangan Reyes

DATED: March 28, 2006              /s/ Ann Moorman
                                   ANN MOORMAN
                                   Counsel for Phyllis Reyes Cuison

ORDER

For the foregoing reasons, and as stated on the record at the March 23, 2006 hearing in this matter, the Court HEREBY ORDERS the period between March 23, 2006 and April 20, 2006 excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the complexity of this case and the need for continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: March 30, 2006

JEFFREY S. WHITE
United States District Judge