KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CHRISTINA HUA (CSBN 185358)
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7534
   FAX: (415) 436-7234
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0144 JSW |
|     Plaintiff, ) | |
|    v. ) | |
| RENATO MENDOZA MEDINA, ) | **STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME** |
|    a/k/a Rene Mendoza Medina, ) | |
| PHYLLIS REYES CUISON, ) | |
|    a/k/a Phyllis Cundangan Reyes, and ) | |
| RAWLIN CUNDANGAN REYES, ) | |
|     Defendants. ) | |

    The defendants came before the Court for a status/trial setting appearance on April 20, 2006. The matter was set over until June15, 2006 at 2:30 p.m. before the Court for a status hearing. The parties agreed, and the Court found, that the time between April 20, 2006 through June 15, 2006 is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The parties agree, and the Court previously found that, that the case was complex, due to the nature of the crime, the number of different entities, bank accounts, and identities involved, and the large amount of discovery which the defense needs to review. The defendants represented that this delay is necessary so that they can review discovery and hire an expert to analyze the various bank accounts. Due to the complexity of this matter and the need for the defendants to prepare their case by using an expert to analyze the various

1  accounts, failure to grant the requested continuance would unreasonably deny the defense the
2  reasonable time necessary for effective preparation. The parties agree that the continuance from
3  April 20, 2006 through June 15, 2006 is also necessary due to continuity of defense counsel,
4  given the need for defense counsel to spend time preparing the instant case and other cases
5  during this time period. The parties agree that the ends of justice are served by granting the
6  requested continuance outweigh the best interest of of the public and the defendants in a speedy
7  trial.

8  DATED: 4/25/06             /S/ Christina Hua
                              CHRISTINA HUA
9                             Assistant United States Attorney

10 DATED: 4/21/06             /S/ Cristina C. Arguedas
                              CRISTINA C. ARGUEDAS
11                            Counsel for Renato Mendoza Medina
12

13 DATED: 4/25/06             /S/ Lidia Stiglich
                              LIDIA STIGLICH
14                            Counsel for Rawlin Cundangan Reyes

15 DATED: 4/24/06             /S/ Ann C. Moorman
                              ANN MOORMAN
16                            Counsel for Phyllis Reyes Cuison
17

18                                        ORDER
       For the foregoing reasons, and as stated on the record at the April 20, 2006 hearing in this
19 matter, the Court HEREBY ORDERS the period between April 20, 2006 and June 15, 2006 is
20 excluded from the speedy trial calculation under Title 18, United States Code, Sections
21 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds that the failure to grant the requested
22 continuance would unreasonably deny defense counsel the reasonable time necessary for
23 effective preparation, given the complexity of this case and the need for continuity of counsel.
24 The Court finds that the ends of justice served by granting the requested continuance outweigh
25 the best interest of the public and the defendant in a speedy trial and in the prompt disposition of
26 criminal cases.
27 IT IS SO ORDERED.
28 DATED: April 27, 2006

                                                    _____
                                                    JEFFREY S. WHITE
                                                    United States District Judge