CRISTINA C. ARGUEDAS (SBN 87787)
MATTI S. FROMSON (SBN 197460)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 845-3000

Attorneys for Defendant
RENE MEDINA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 06-0144 JSW |
| Plaintiff, | STIPULATION AND [proposed] ORDER TO RECONVEY PROPERTY |
| vs. | |
| RENE M. MEDINA | |
| Defendant. | |

On March 17, this Court ordered that the Clerk of the Court reconvey to Rene and Mila Medina certain property which had been posted to secure Mr. Medina's appearance bond in this case. Due to an error made by the Alameda County Recorder's Office, the Reconveyance and Substitution of Trustee prepared by Mr. Medina's counsel and executed by the Clerk's Office contained an incorrect reference number, which has prevented reconveyance of the property. Counsel for Mr. Medina and for the United States stipulate that this property should be reconveyed by the Clerk of the Court through reconveyance documents containing the correct Alameda County Recorder's Office reference number 2006093871, which are attached to this order.

//
//
//

1

So stipulated.

Dated: May 7, 2006                                        ARGUEDAS, CASSMAN & HEADLEY

 

 

                                                                          _____
                                                                          MATTI FROMSON
                                                                          Attorneys for Defendant
                                                                          RENE M. MEDINA

 

Dated: April __, 2006
                                                                          _____
                                                                          CYNTHIA STIER
                                                                          Assistant United States Attorney

## ORDER

Upon the stipulation of the parties and for good cause shown, it is hereby ORDERED that the Clerk of the Court reconvey the property in Pleasanton on Vineyard Avenue identified by Alameda County Recorder No. 2006093871 and recorded on March 13, 2006.

Dated: 9 May 06

                                                                          _____
                                                                          Hon. Bernard Zimmerman
                                                                          United States Magistrate Judge

## RECONVEYANCE

I, Richard W. Wieking, Clerk of the United States District Court, as substituted Trustee under the Deed of Trust, dated March 13, 2006, and recorded on March 13, 2006, Alameda County Recorder No. 2006093871, in the Official Records of Alameda County, having been requested in writing by the holder of the obligation secured by said Deed of Trust, to reconvey the estate granted to the Trustee under said Deed of Trust, DOES HEREBY RECONVEY to the person legally entitled thereto, without warranty, all the estate, title and interest acquired by the Trustee under said Deed of Trust.

Dated:_____  Signature:_____

STATE OF CALIFORNIA, COUNTY OF _____

On _____, before me, the undersigned, a Notary Public in and for said County of State, personally appeared _____ known to me to the person whose name is subscribed to the within instrument and acknowledged that he executed the same.

WITNESS MY HAND AND OFFICIAL SEAL

_____
(Seal) Notary Public in and for
said County and State

My Commission expires: _____

*United States v. Renato Mendoza Medina et al., Case No. CR 06-0144*

## SUBSTITUTION OF TRUSTEE

The undersigned hereby substitutes Richard W. Wieking, Clerk of the United States District Court, as Trustee in place of Fidelity National Title Insurance Company in the Deed of Trust executed by Rene M. Medina and Mila R. Medina, as trustees of the Medina 2003 Revocable Trust, herein called TRUSTORS, dated March 13, 2006, and recorded on March 13, 2006, Alameda County Recorder No. 2006093871 in the Official Records of Alameda County, California.

Dated:_____     Signature:_____

Dated:_____     Signature:_____

STATE OF CALIFORNIA, COUNTY OF _____

On _____, before me, the undersigned, a Notary Public in and for said County and State, personally appeared _____ known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same.

WITNESS MY HAND AND OFFICIAL SEAL     _____
                                       (Seal) Notary Public in and for
                                       said County and State

My Commission expires: _____

*United States v. Renato Mendoza Medina et al., Case No. CR 06-0144*