1  CRISTINA C. ARGUEDAS, (SBN 87787)
   TED W. CASSMAN, (SBN 98932)
2  MATTI S. FROMSON (SBN 197460)
   ARGUEDAS, CASSMAN & HEADLEY, LLP
3  803 Hearst Avenue
   Berkeley, CA 94710
4  ph (510) 845-3000

5  Attorneys for Defendant
   RENATO MENDOZA MEDINA

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,          NO. CR 06-0144-JSW

12                   Plaintiff,         [proposed] ORDER GRANTING
                                        DEFENDANT MEDINA'S MOTION TO
13                                      FILE TWO DOCUMENTS UNDER SEAL

14

15  RENATO MENDOZA MEDINA,

16  _____Defendant._____/

17        Based on the motion of defendant MEDINA, Local Rule 79-5(b), this Court's

18  Standing Orders, and for good cause shown, this court hereby ORDERS that defendant

19  MEDINA's *Ex Parte* Application For Issuance of Rule 17(c) Subpoenas and attached

20  exhibits and *Ex Parte* Declaration of Matti S. Fromson be filed under seal.

21  Dated:  May 12, 2006

22

23  _____
    HONORABLE JEFFREY S. WHITE
24  United States District Court Judge

25

26

                                   1