CRISTINA C. ARGUEDAS, (SBN 87787)
TED W. CASSMAN, (SBN 98932)
MATTI S. FROMSON, (SBN 197460)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
ph (510) 845-3000

Attorneys for Defendant
RENATO MENDOZA MEDINA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | NO. CR ~~06-0144~~ 06-144-JSW |
|---|---|
| Plaintiff, | [~~proposed~~] ORDER GRANTING DEFENDANT MEDINA'S MOTION TO FILE TWO DOCUMENTS UNDER SEAL |
| RENATO MENDOZA MEDINA, | |
| Defendant. | |

Based on the motion of defendant MEDINA, Local Rule 79-5(b), this Court's Standing Orders, and for good cause shown, this court hereby ORDERS that defendant MEDINA's *Ex Parte* Application For Issuance of Rule 17(c) Subpoenas and attached exhibits and *Ex Parte* Declaration of Matti S. Fromson be filed under seal.

Dated: May 12, 2006

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

1