United States District Court

For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,                    No. CR 06-00144-1 JSW

10            Plaintiff,                          **ORDER RE RESPONSE TO
                                                  SUBPOENA AND ORDER TO
11      v.                                        SHOW CAUSE TO DEFENDANT
                                                  WHY DOCUMENTS SHOULD
12  RENATO MENDOZA MEDINA,                        NOT BE DISCLOSED TO
                                                  GOVERNMENT**
13            Defendant.
                                        /
14

15          On May 16, 2006, this Court issued an order granting in part and denying in part a

16  motion for the issuance of a subpoena pursuant to Federal Rule of Criminal Procedure 17(c).

17  The Court has received documents responsive to the request and by this Order orders those

18  documents to be turned over to Defendant Renato Mendoza Medina.

19          The Court FURTHER ORDERS Defendant Medina to show cause in writing by June 30,

20  2006, as to why the documents should not be disclosed to the Government.  Defendant Medina

21  may seek to file his response to the Order to Show Cause under seal if necessary.

22          **IT IS SO ORDERED.**

23

24  Dated: June 20, 2006                    _____
                                            JEFFREY S. WHITE
25                                          UNITED STATES DISTRICT JUDGE

26

27

28