IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00144-1 JSW |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| RENATO MENDOZA MEDINA, | |
| Defendant. | |

The Court has received Defendant Renato Mendoza Medina's response to the Order to Show Cause as to why documents produced pursuant to a subpoena should not be disclosed to the Government. Having considered Defendant's response, the Court finds that the documents need not be produced at this time, but Defendant shall be required to comply with Federal Rule of Criminal Procedure 16's requirements regarding disclosure of documents.

**IT IS SO ORDERED.**

Dated: July 6, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE