IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RENATO MENDOZA MEDINA,<br><br>  Defendant.<br>_____/ | No. CR 06-00144-1 JSW<br><br>**ORDER PRODUCING DOCUMENTS RESPONSIVE TO SUBPOENA** |

On May 16, 2006, the Court issued an order granting in part and denying in part a motion for the issuance of a subpoena pursuant to Federal Rule of Criminal Procedure 17(c). The Court has received additional documents responsive to that request and by this Order orders those documents to be turned over to Defendant Renato Mendoza Medina.

The Court also finds that based on the Defendant's previous representations to the Court, the documents need not be produced at this time, but Defendant shall be required to comply with Federal Rule of Criminal Procedure 16's requirements regarding disclosure of documents.

**IT IS SO ORDERED.**

Dated: August 11, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE