IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RENATO MENDOZA MEDINA,<br><br>　　　　Defendant.<br>_____/ | No. CR 06-00144-1 JSW<br><br>**ORDER GRANTING RENEWED *EX PARTE* APPLICATION FOR ISSUANCE OF RULE 17(C) SUBPOENAS** |

　　This matter comes before the Court upon consideration of Defendant Renato Mendoza Medina's Renewed *Ex Parte* Application for Issuance of Rule 17(c) Subpoenas. Having reviewed the application, the Court finds Defendant made the required showing under *United States v. Nixon*, 418 U.S. 683, 700 (1974) for production in advance of trial and, accordingly, GRANTS the renewed application.

　　**IT IS SO ORDERED.**

Dated: August 16, 2006

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE