CRISTINA C. ARGUEDAS, (SBN 87787)
TED W. CASSMAN, (SBN 98932)
MATTI S. FROMSON, (SBN 197460)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
ph (510) 845-3000

Attorneys for Defendant
RENATO MENDOZA MEDINA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 06-0144-JSW |
| Plaintiff, | STIPULATION AND [proposed] ORDER CONTINUING HEARING DATE AND MODIFYING BRIEFING SCHEDULE |
| RENATO MENDOZA MEDINA, | |
| Defendant.     / | |

STIPULATION

The parties in this case are currently scheduled to appear for a hearing on Defendants' Rule 15(a) motion and on the Government's *Quintero* motion on September 28, 2006. The current briefing schedule in this case also calls for additional motions to be filed on September 28, 2006.

Due to urgent and unforeseen events in another case, counsel for Medina must attend a previously unscheduled hearing in Washington, D.C. on September 28, 2006. Counsel for Medina had no control over the scheduling of this hearing.

Additionally, counsel for Cuison is scheduled to attend a hearing and a deposition on September 26 and 27, 2006 in New York. It is unlikely that counsel for Cuison will be

1

able to return to San Francisco in time for the hearing currently scheduled on September 28, 2006.

The parties have stipulated to a new hearing date of October 12, 2006 for the Rule 15(a) and *Quintero* motions.

The parties additionally stipulate to a revised briefing schedule for additional motions as follows: motions due: October 5, 2006; oppositions due: November 2, 2006; replies due: November 9, 2006

So stipulated.

Dated: September 20, 2006        ARGUEDAS, CASSMAN & HEADLEY

                                 _____
                                 MATT FROMSON
                                 Attorneys for Defendant
                                 RENE M. MEDINA

Dated: September 20, 2006        LAW OFFICES OF ANN C. MOORMAN

                                 _____
                                 ANN MOORMAN        by mf
                                 Attorneys for Defendant
                                 PHYLLIS REYES CUISON

Dated: September 20, 2006        LAW OFFICES OF STIGLICH & HINCKLEY

                                 _____
                                 LIDIA STIGLICH     by mf
                                 Attorneys for Defendant
                                 RAWLIN REYES

                                 _____
Dated: September 20, 2006        TINA HUA
                                 Assistant United States Attorney

# ORDER

Based on the stipulation of the parties and for good cause shown, it is hereby ORDERED that the hearing currently set for September 28, 2006 be continued to October 31, 2006 at 9:30 a.m.** ~~12, 2006 at 2:30 p.m.~~ It is further ORDERED that the previous briefing schedule be vacated and that the new schedule is as follows:

Motions due: October 5, 2006

Oppositions due: November 2, 2006

Replies due: November 9, 2006

The hearing date for these motions will remain November 28, 2006 at 10:00 a.m.

Dated: September 21, 2006

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
United States District Court Judge

** Due to the Court's unavailability on October 12, 2006, by agreement of the parties, the hearing is set for October 31, 2006.