CRISTINA C. ARGUEDAS, (SBN 87787)
TED W. CASSMAN, (SBN 98932)
MATTI S. FROMSON, (SBN 197460)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
ph (510) 845-3000

Attorneys for Defendant
RENATO MENDOZA MEDINA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 06-0144-JSW |
| Plaintiff, | STIPULATION AND [proposed] ORDER MODIFYING BRIEFING SCHEDULE |
| RENATO MENDOZA MEDINA, | |
| Defendant. | |

## STIPULATION

There are two separate briefing schedules in this case. There is currently an October 31, 2006 hearing scheduled for Defendants' Rule 15 deposition motion and for the government's *Quintero* motion. All papers relevant to these motions have already been filed with the court. Another briefing schedule has been set for additional pretrial motions pursuant to which defendants are to file motions on October 5; the government's oppositions are to be filed on November 2; and replies are to be filed on November 9. The hearing date for these motions is November 28.

Pursuant to this Court's order, defense counsel and the government have been meeting and conferring in an attempt to narrow the issues requiring resolution by motion and hearing. Because the meet and confer process is ongoing and is not yet completed,

counsel for Medina and for Cuison and counsel for the government hereby stipulate to continue the date for Medina and Cuison to file their motions until October 19, 2006. The date for opposition and reply briefs, as well as the hearing date, would remain unchanged.

So stipulated.

Dated October 4, 2006                ARGUEDAS, CASSMAN & HEADLEY


                                     /s/
                                     ―――――――――――――――――
                                     MATTI FROMSON
                                     Attorneys for Defendant
                                     RENE M. MEDINA


Dated: October 4, 2006               LAW OFFICES OF ANN C. MOORMAN


                                     /s/
                                     ―――――――――――――――――
                                     ANN MOORMAN
                                     Attorneys for Defendant
                                     PHYLLIS REYES CUISON


Dated: October 4, 2006               /s/
                                     ―――――――――――――――――
                                     CYNTHIA STIER
                                     Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and for good cause shown, it is hereby ORDERED that the briefing schedule in this case be modified to permit counsel for Medina and counsel for Cuison to file pretrial motions on October 19, 2006. The date for filing opposition and reply briefs, and the November 28, 2006 hearing date, remain unchanged.

Dated: October 5, 2006

*Jeffrey S. White*
―――――――――――――――――
HONORABLE JEFFREY S. WHITE
United States District Court Judge