CRISTINA C. ARGUEDAS, (SBN 87787)
TED W. CASSMAN, (SBN 98932)
MATTI S. FROMSON, (SBN 197460)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
ph (510) 845-3000

Attorneys for Defendant
RENATO MENDOZA MEDINA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 06-0144-JSW |
| Plaintiff, | STIPULATION AND [proposed] ORDER MODIFYING BRIEFING SCHEDULE |
| RENATO MENDOZA MEDINA, | |
| Defendant. | |

## STIPULATION

Pursuant to this Court's order, counsel for Medina and for the government continue to meet and confer in an attempt to narrow the issues requiring resolution by motion and hearing. Counsel have been able to resolve many issues without the need to file a motion with the court. Because the meet and confer process is ongoing and is not yet completed, counsel for Medina and counsel for the government hereby stipulate to continue the date for Medina to file motions until October 27, 2006. The date for opposition briefs to be filed would be moved to November 3, 2006, and reply briefs would be due November 10, 2006. The hearing date, would remain unchanged.

So stipulated.

//

Dated October 17, 2006          ARGUEDAS, CASSMAN & HEADLEY

                                /s/
                                ―――――――――――――――――――
                                MATTI FROMSON
                                Attorneys for Defendant
                                RENE M. MEDINA

Dated: October 17, 2006          /s/
                                ―――――――――――――――――――
                                CYNTHIA STIER
                                Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and for good cause shown, it is hereby ORDERED that the briefing schedule in this case be modified to permit counsel for Medina to file pretrial motions on October 27, 2006; opposition briefs to be filed on November 3, 2006; reply briefs to be filed on November 10, 2006. The hearing date remains unchanged. In light of the Court's schedule, there shall be no further modifications to this briefing schedule.

Dated: October 20, 2006

                                ―――――――――――――――――――
                                HONORABLE JEFFREY S. WHITE
                                United States District Court Judge

2

## PROOF OF SERVICE

I am a citizen of the United States. I am over the age of 18 and not a party to the within action; my business address is 803 Hearst Avenue, Berkeley, California, 94710.

On October 17, 2006 I served the foregoing STIPULATION AND [proposed] ORDER MODIFYING BRIEFING SCHEDULE on the following person(s) by placing a true copy thereof enclosed in a sealed envelope, with postage fully prepaid and addressed to the following parties:

Cynthia Stier
Assistant U.S. Attorney
Office of the United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102

Ann C. Moorman
Attorney for Phyllis Reyes Cuison
803 Hearst Avenue
Berkeley, CA 94710

Lidia Stiglich
Attorney for Rawlin Reyes
803 Hearst Avenue
Berkeley, CA 94710

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of October, 2006, in Berkeley, Alameda County, California.

_____
LIZETTE QUINTANA