IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RENATO MENDOZA MEDINA, PHYLLIS REYES CUISON, and RAWLIN CUNDAGAN REYES,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. CR 06-00144 JSW<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR ORDER AUTHORIZING FOREIGN DEPOSITIONS PURSUANT TO FED. R. CRIM. PRO. 15(a)** |

　　　　This matter came before the Court for a hearing on October 31, 2006, with respect to the Defendants' motion for an order authorizing the foreign depositions of Amelita Palmiano and Jessica Palmiano pursuant to Federal Rule of Criminal Procedure 15(a).

　　　　Having considered the parties' pleadings, relevant legal authority, and good cause appearing, for the reasons set forth on the record, Defendants motion is GRANTED.

　　　　Defendants shall be permitted to take the depositions of Amelita Palmiano and Jessica Palmiano in the Phillipines.  The parties are ORDERED to meet and confer regarding any requests for production of documents to be made in connection with the depositions, and to submit to the Court any further orders or documentation required to effectuate the depositions.

　　　　The parties shall submit a joint status report to the Court regarding the progress of the

depositions by no later than November 20, 2006, in anticipation of the hearing set for November 28, 2006.

**IT IS SO ORDERED.**

Dated: October 31, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE