IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RENATO MENDOZA MEDINA, PHYLLIS REYES CUISON, and RAWLIN CUNDAGAN REYES,<br><br>    Defendants. | No. CR 06-00144 JSW<br><br>**AMENDED ORDER REFERRING UNITED STATES' MOTION FOR INQUIRY INTO POTENTIAL CONFLICT OF INTEREST** |

On August 31, 2006, the United States of America filed a motion for an inquiry into a potential conflict of interest between counsel and Defendants Phyllis Reyes Cuison and Rawlin Cundagan Reyes. The parties appeared for hearing on the motion on October 31, 2006, and with the consent of all parties, the Court HEREBY ORDERS the motion referred to Chief Magistrate Judge Larson.

**IT IS SO ORDERED.**


Dated: October 31, 2006

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE