CRISTINA C. ARGUEDAS (SBN 87787)
MATTI S. FROMSON (SBN 197460)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 845-3000

Attorneys for Defendant
RENATO MENDOZA MEDINA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RENATO MENDOZA MEDINA,<br><br>Defendant. | NO. CR-06-0144 JSW<br><br>STIPULATION AND [Proposed] ORDER MODIFYING CONDITIONS OF RELEASE |

## STIPULATION

Renato Medina desires to travel outside of the Northern District of California for business reasons between November 16 and November 20, 2006. This trip will take him to Nevada, Arizona, and to areas of California outside of the Northern District.

Mr. Medina's pretrial officer, Anthony Granados, has been notified of Mr. Medina's travel plans. Mr. Granados reports that Mr. Medina had been completely compliant with the conditions of his release. Mr. Granados has no objections to Mr. Medina's travel plans. Mr. Medina will provide Mr. Granados with his itinerary.

Assistant United States Attorney Cynthia Stier has also been notified of Mr. Medina's travel plans, and has no objection.

So stipulated.

//

1

1 | Dated: November 9, 2006          ARGUEDAS, CASSMAN &HEADLEY

3          _____/s/_____
MATTI FROMSON
4          Attorneys for Defendant
RENATO MENDOZA MEDINA

7 | Dated: November 9, 2006          _____/s/_____
CYNTHIA STIER
8          Assistant United States Attorney

## ORDER

Upon the stipulation of the parties and for good cause shown, it is hereby ORDERED that the conditions of defendant's release are modified to permit him to travel to outside the Northern District of California within California, Nevada, and Arizona between November 16, 2006 and November 20, 2006.

Dated: November 13, 2006

IT IS SO ORDERED
Judge Bernard Zimmerman

**PROOF OF SERVICE**

I am a citizen of the United States. I am over the age of 18 and not a party to the within action; my business address is 803 Hearst Avenue, Berkeley, California, 94710.

On November 9, 2006 I served the foregoing STIPULATION AND [Proposed] ORDER MODIFYING CONDITIONS OF RELEASE on the following person(s) by placing a true copy thereof enclosed in a sealed envelope, with postage fully prepaid and addressed to the following parties:

Cynthia Stier
450 Golden Gate Avenue
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of November, 2006, in Berkeley, Alameda County, California.

LIZETTE QUINTANA

3