1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  JAY WEILL (CSBN 185358)
   CYNTHIA STIER (DCBN 423256)
5  Assistant United States Attorneys
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7534
7      FAX: (415) 436-7234
   Attorneys for Plaintiff
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12
   UNITED STATES OF AMERICA,          )   No. CR 06-0144 JSW
13                                    )
           Plaintiff,                 )
14                                    )
       v.                             )
15                                    )   **STIPULATION AND**
   RENATO MENDOZA MEDINA,             )   **[PROPOSED] ORDER REGARDING**
16     a/k/a Rene Mendoza Medina,     )   **EXCLUSION OF TIME**
   PHYLLIS REYES CUISON,              )
17     a/k/a Phyllis Cundangan Reyes, and )
   RAWLIN CUNDANGAN REYES,            )
18                                    )
           Defendants.                )
19                                    )

20      The defendants came before the Court for a hearing on pretrial motions on October 31, 2006.

21 At that hearing, the case was scheduled for trial commencing on September 24, 2007.

22      The parties agreed, and the Court found, that the time between October 31, 2006, through

23 September 24, 2007, is properly excluded under the Speedy Trial Act, Title 18, United States

24 Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The parties represent and this Court found that the

25 this delay is necessary to allow counsel for the Defendants to effectively prepare for trial. The

26 parties agree that the ends of justice served by granting the requested continuance outweigh the

27 best interest of the public and the defendants in a speedy trial.

28 //

For the foregoing reasons, and as stated on the record at the hearings on October 31, 2006, the Court HEREBY ORDERS the period between October 31, 2006, through September 24, 2007, is excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv).

| | |
|---|---|
| DATED: November 3, 2006 | /s/ Cynthia Stier<br>CYNTHIA STIER<br>Counsel for United States |
| DATED: November 3, 2006 | /s/ Matti Fromson<br>MATTI FROMSON<br>Counsel for Renato Mendoza Medina |
| DATED: November 3, 2006 | /s/ Lidia Stiglich<br>LIDIA STIGLICH<br>Counsel for Rawlin Cundangan Reyes |
| DATED: November 3, 2006 | /s/ Ann Moorman<br>ANN MOORMAN<br>Counsel for Phyllis Reyes Cuison |

## ORDER

For the foregoing reasons, and as stated on the record at the October 31, 2006 hearing in this matter, the Court HEREBY ORDERS the period between October 31, 2006 and September 24, 2007 excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv).  The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the complexity of this case and the need for continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: November 21, 2006

JEFFREY S. WHITE
United States District Judge

Stipulation and [proposed] Order
Regarding Exclusion of Time,
No. CR 06-0144 JSW