CRISTINA C. ARGUEDAS, (SBN 87787)
TED W. CASSMAN, (SBN 98932)
MATTI S. FROMSON, (SBN 197460)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
ph (510) 845-3000

Attorneys for Defendant
RENATO MENDOZA MEDINA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | NO. CR 06-0114-JSW |
|---|---|
| Plaintiff, | [proposed] ORDER GRANTING DEFENDANT MEDINA'S MOTION TO FILE DOCUMENT UNDER SEAL |
| RENATO MENDOZA MEDINA, | |
| Defendant. | |

Based on the motion of defendant MEDINA, Local Rule 79-5(b), this Court's Standing Orders, and for good cause shown, this court hereby ORDERS that the Wells Fargo Bank, N.A., Confidentiality Stipulation and Agreed Protective Order shall be filed under seal.

Dated: November 27, 2006

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

1