FILED
DEC 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 06-0144 |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| RENATO MENDOZE MEDINA, | |
| Defendant. / | |

The parties appearing before this Court, and for good cause shown, it is hereby ORDERED that the conditions of Renato Mendoza Medina's release are modified to permit him to travel to the Philippines between the dates of December 27, 2006 through January 20, 2007. Defendant is to provide Pretrial Services with a copy of his itinerary and to inform Pretrial Services of any changes. Defendant is additionally prohibited from discussing this case with potential trial witnesses Amelita Palmiano and Jessica Palmiano. NO TRANSFER OF INTEREST IN LUCKY CHANCES CASINO OCCUR UNTIL HIS RETURN FROM PHILIPPINES

Dated: December 8, 2006

BERNARD ZIMMERMAN
United States Magistrate Judge

1