1  CRISTINA C. ARGUEDAS (SBN 87787)
   MATTI S. FROMSON (SBN 197460)
2  ARGUEDAS, CASSMAN & HEADLEY
   803 Hearst Avenue
3  Berkeley, California 94710
   Telephone: (510) 845-3000
4
   Attorneys for Defendant
5  RENE MEDINA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. CR 06-0144 JSW |
|---|---|
| Plaintiff, | [proposed] ORDER TO RECONVEY PASSPORT |
| vs. | |
| RENE M. MEDINA | |
| Defendant. | |

On December 8, 2006 the parties appeared before this Court on Mr. Medina's motion to modify the conditions of his release. At the hearing on that motion, this Court ordered that conditions of Mr. Medina's release be modified to permit him to travel to the Philippines between December 27, 2006 and January 20, 2007. In order to effectuate the above-described travel to the Philippines, it is hereby ORDERED that the Clerk of the Court immediately reconvey Mr. Medina's passport to Mr. Medina. It is further ORDERED that Mr. Medina re-surrender his passport to the Clerk of the Court within 72 hours of his return to the United States.

Dated: 11 Dec 06

Hon. Bernard Zimmerman
United States Magistrate Judge

1