CRISTINA C. ARGUEDAS (SBN 87787)
MATTI S. FROMSON (SBN 197460)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 845-3000

Attorneys for Defendant
RENE MEDINA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RENE M. MEDINA<br><br>Defendant. | NO. CR 06-0144 JSW<br><br>STIPULATION AND [proposed] ORDER TO RECONVEY PASSPORT OF MILA MEDINA |

## STIPULATION

On December 8, 2006 the parties appeared before this Court on Mr. Medina's motion to modify the conditions of his release. At the hearing on that motion, this Court ordered that conditions of Mr. Medina's release be modified to permit him to travel to the Philippines between December 27, 2006 and January 20, 2007. On December 11, 2006 this Court signed an order prepared by Medina's counsel, ordering that the Clerk of the Court return Mr. Medina's passport to him. Mila Medina, Mr. Medina's wife, is planning to travel with Mr. Medina to the Philippines. Unfortunately, counsel for Medina neglected to include Mila Medina's passport in the proposed order submitted to and signed by this Court. The U.S. Attorney has been notified of this oversight, and stipulates to the return of Mila Medina's passport for the purpose of the above-described trip.

//

So stipulated.

Dated: December 18, 2006                                   ARGUEDAS, CASSMAN &HEADLEY

_____/s/_____
MATTI FROMSON
Attorneys for Defendant
RENE M. MEDINA

Dated: December 18, 2006                                   _____/s/_____
CYNTHIA STIER
Assistant United States Attorney

## ORDER

In order to effectuate the above-described travel to the Philippines, it is hereby ORDERED that the Clerk of the Court immediately reconvey Mila Medina's passport. It is further ORDERED that Ms. Medina re-surrender her passport to the Clerk of the Court within 72 hours of her return to the United States.

//

Dated: December 18, 2006

_____
Hon. Bernard Zimmerman
United States Magistrate Judge