IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RENATO MENDOZA MEDINA, PHYLLIS REYES CUISON, and RAWLIN CUNDAGAN REYES,<br><br>　　　　Defendants.<br>_____/ | No. CR 06-00144 JSW<br><br>**ORDER SETTING STATUS CONFERENCE ON UNITED STATES' MOTION FOR INQUIRY INTO POTENTIAL CONFLICT OF INTEREST** |

The Court has received Chief Magistrate Judge Larson's Report and Recommendation re the United States' Motion for Inquiry Into Potential Conflict of Interest, in which Judge Larson recommends that the motion be denied. Having received no objections to that recommendation within the time allotted, the Court HEREBY ORDERS the parties to appear for a status conference on March 22, 2007 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: February 9, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE