CRISTINA C. ARGUEDAS, (SBN 87787)
TED W. CASSMAN, (SBN 98932)
MATTI S. FROMSON, (SBN 197460)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
ph (510) 845-3000

Attorneys for Defendant
RENATO MENDOZA MEDINA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | NO. CR 06-0144-JSW |
|---|---|
| Plaintiff, | [proposed] ORDER GRANTING DEFENDANT MEDINA'S MOTION TO FILE DOCUMENTS UNDER SEAL |
| RENATO MENDOZA MEDINA, | |
| Defendant.  / | |

Based on the motion of defendant MEDINA, Local Rule 79-5(b), this Court's Standing Orders, and for good cause shown, this court hereby ORDERS that defendant Medina's *Ex Parte* Application for Issuance of Rule 17(c) Subpoena and Declaration of Matti S. Fromson In Support of *Ex Parte* Application for Issuance of Rule 17(c) Subpoena shall be filed under seal.

Dated: ~~February __, 2007~~
March 1, 2007

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

1