CRISTINA C. ARGUEDAS, (SBN 87787)
TED W. CASSMAN, (SBN 98932)
MATTI S. FROMSON, (SBN 197460)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
RENATO MENDOZA MEDINA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 06-0144 JSW |
| Plaintiff, | [PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ISSUANCE OF RULE 17(c) SUBPOENA |
| vs. | |
| RENATO MENDOZA MEDINA, | |
| Defendant. | |

Upon the application of Defendant MEDINA and good cause appearing therefor it is hereby ordered that the application for issuance of Rule 17(c) subpoenas is granted. The compliance date for the subpoenas shall be April 16, 2007.

March 1, 2007

_____
The Honorable Jeffrey S. White
U.S. District Court Judge

1