IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RENATO MENDOZA MEDINA, PHYLLIS REYES CUISON, and RAWLIN CUNDAGAN REYES,<br><br>    Defendants.<br>_____/ | No. CR 06-00144 JSW<br><br>**ORDER RE STATUS CONFERENCE ON UNITED STATES' MOTION FOR INQUIRY INTO POTENTIAL CONFLICT OF INTEREST** |

This matter is set for a status conference on March 22, 2007 at 2:30 p.m., to address the report and recommendation on the United States' Motion for Inquiry Into Potential Conflict of Interest. The Court issues this Order to clarify that counsel for Mr. Renato Mendoza Medina and Mr. Medina need not be present at that hearing.

**IT IS SO ORDERED.**

Dated: March 7, 2007

                                                  JEFFREY S. WHITE<br>                                                UNITED STATES DISTRICT JUDGE