ANN C. MOORMAN, ESQ. (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
308 S. School Street
Ukiah, California 95482
Telephone: (707) 462-1844
Facsimile: (707)468-0522

Attorney for Defendant
PHYLLIS REYES CUISON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR-06-0144 JSW |
| Plaintiff, | [PROPOSED] ORDER AUTHORIZING FOREIGN DEPOSITIONS UPON ORAL EXAMINATION PURSUANT TO FED. R. CRIM PRO. 15(a). |
| vs. | |
| RENE MEDINA et al., | |
| Defendants / | |

GOOD CAUSE HAVING BEEN SHOWN, and in light of the Court's receipt of signed declarations of Amelita Palmiano and Jessica Palmiano attesting to their respective intention to voluntarily appear for deposition upon oral testimony in the Republic of the Philippines, and this Court's Order dated October 31, 2006, the Court hereby Orders that such depositions go forward on the following terms and conditions:

   A. The depositions upon oral examination of Amelita Palmiano and Jessica Palmiano shall commence on June 4, 2007 and continue until completion.

   B. The depositions shall take place in the City of Manila or Makati within the Republic of the Philippines at a place agreed upon by all parties. Counsel for each defendant and counsel for the government shall each be provided an opportunity to orally examine

[Proposed] Order Authorizing Rule 15(a) Depositions.

1

each witness during the deposition.

C.  The deposition testimony shall be recorded by videotape and stenographic means as authorized by Fed. R. Civ. P. 30(b)(2).  Counsel for the defendants shall make arrangement for both the videographer and stenographer.  Transcripts of the depositions upon oral examination shall be prepared in accordance with Fed. R. Civ. P. 30.

D.  Objections shall be preserved in a manner consistent with Fed. R. Crim. P. 15(g) and Fed. R. Civ. P. 30(c).

E.  The parties agree to make available or produce to all other parties copies of all documents or other tangible evidence expected to be shown to the deponent at the time of the deposition whether or not introduction of the document into evidence is anticipated.  The parties agree to complete this exchange no less than seven calendar days prior to the depositions commencing.

F.  The witnesses are to produce at the depositions the following documents:

    1.)  Amelita Palmiano's banking records for all personal and business accounts during 1998 through 2001, including statements and canceled checks.

    2.)  All correspondence relating to the printing and mailing of the flyers by Asian American Advertising for Lucky Chances Casino, including the recipient mailing list for those flyers.

    3.)  Any and all original flyers of Asian American Advertising for Lucky Chances Casino created and printed in the Philippines.

    4.)  All records regarding the disbursement of Asian American Advertising funds directed by Amelita and/or Jessica Palmiano.

    5.)  All records related to Premier Printing

    6.)  All Asian America Advertising bank account records for the period 1998 through 2001, inclusive, including but not limited to statements and

[Proposed]  Order Authorizing Rule 15(a) Depositions.

2

canceled checks.

7.) Copies of canceled checks made payable to Premier Printing for services rendered in connection with the flyers described in paragraphs 2 and 3 above.

8.) Any and all photographs of Cheun Leung.

9.) Any and all photographs of Julia Paco

10.) Any and all documents showing the original signature (or copy of original signature) of Julia Paco.

11.) All documents showing the original signature (or copy of original signature) of Cheun Leung.

12.) Any evidence to show that Cheun Leung and/or Julia Paco exist.

13.) Evidence tending to establish the source of the funds used by Amelita Palmiano to purchase an interest in Casino Players

14.) A copy of Amelita Palmiano's tax return (filed in Philippines and US) for 1998, 1999, 2000, 2001, 2002, 2003, 2004 and 2005.

15.) A copy of Jessica Palmiano's tax return (filed in Philippines and US) for 1998, 1999, 2000, 2001, 2002, 2003, 2004 and 2005.

16.) All records relating to Casino Players

17.) All records showing the disbursement of Casino Players funds - directed by Amelita Palmiano.

18.) Lucky Delivery banking records for all bank accounts for the period 1998 through 2001, including but not limited to statements and canceled checks.

19.) All records related to any business owned by Amelita Palmiano and/or Jessica Palmiano from 1998 to the present including documents filed with the government.

[Proposed] Order Authorizing Rule 15(a) Depositions.

3

20.) All records related to the payment of income and/or business taxes to the Philippine Government by Amelita Palmiano and/or Jessica Palmiano from 1998 to 2001.

21.) Documents relating to the acquisition and ownership of assets in the United States including brokerage account statements for Amelita Palmiano and for Jessica Palmiano.

22.) Documents related to the wire transfer of funds to Amelita Palmiano and Jessica Palmiano from the United States during the period from January 1, 1998 to December 31, 2001.

23.) Documents related to the wire transfer of funds by Amelita Palmiano and Jessica to the United States made during the period from January 1, 1998 to December 31, 2001.

24.) Current and cancelled passports (Philippine and US) and visa applications of Amelita Palmiano and Jessica Palmiano.

25.) All business licenses acquired by Amelita Palmiano and/or Jessica Palmiano.

G. Amelita Palmiano and Jessica Palmiano are directed to provide writing exemplars to the Government at their respective depositions.

IT IS SO ORDERED.

April 20, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

[Proposed] Order Authorizing Rule 15(a) Depositions.

4