IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00144 JSW |
| Plaintiff, | **ORDER REQUIRING STATUS REPORT** |
| v. | |
| RENATO MENDOZA MEDINA, | |
| Defendant. | |

On April 25, 2007, the parties submitted a status report, in which they indicated that they expected certain foreign depositions to go forward the week of June 4, 2007, and in which they indicated that they did not yet anticipate any changes in the currently scheduled trial date. The parties are HEREBY ORDERED to submit a further joint status report to the Court detailing the current status of discovery and whether they expect that the trial will start as scheduled on September 24, 2007.

The parties' joint status report shall be due on May 25, 2007.

**IT IS SO ORDERED.**

Dated: May 14, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE