IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RENATO MENDOZA MEDINA,<br><br>    Defendant.<br>_____/ | No. CR 06-00144 JSW<br><br>**ORDER REQUIRING FURTHER STATUS REPORT FROM DEFENDANTS** |

    The Court has received the parties joint status conference statement dated May 24, 2007. The parties again represent that they do not wish the September 24, 2007 trial date to be adjusted. The Court is aware that Defendants' counsel have a possible conflict with another matter pending in the United States District Court for the Southern District of New York, which is set to commence trial on September 17, 2007, *United States v. Jeffrey Stein, et al.*, 05-CR-888 LAK.

    The Court set this matter for trial on September 24, 2007 at the request of all counsel and with the expectation that the trial would be able to proceed on that date absent developments in this case. In light of the representations in the last few status conference statements, the Court is concerned about the lack of certainty as to whether this trial will be required to be reset in light of the *Stein* matter. Accordingly, counsel for Defendants are HEREBY ORDERED to submit a further status report outlining when the trial date in the *Stein* matter was set and when they

1  expect to know with certainty whether the *Stein* matter will present a conflict with this case.

2  This joint status report shall be due to the Court on June 1, 2007.

3      **IT IS SO ORDERED.**

5  Dated: May 29, 2007

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California