CRISTINA C. ARGUEDAS (SBN 87887)
TED W. CASSMAN (SBN 98932)
RAPHAEL M. GOLDMAN (SBN 229261)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Tel: (510) 845-3000
Fax: (510) 845-3003

Attorneys for Defendant Rene Medina

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RENATO MENDOZA MEDINA, PHYLLIS REYES CUISON and RAWLIN CUNDANGAN REYES<br><br>Defendants. | Case No. CR-06-144-01 JSW<br><br>**[PROPOSED] ORDER PERMITTING THE PARTIES TO FILE DOCUMENTS UNDER SEAL** |

    Before the Court is the parties' motion to file under seal the following documents in the above-entitled case: (1) the parties' Joint Declaration in Support of Stipulated Request to Reschedule Sentencing Hearing, and (2) the Declaration of Cristina C. Arguedas in Support of Stipulated Request to File Documents Under Seal. Good cause appearing therefore, the motion is hereby GRANTED. Pursuant to Local Rule 79-5, the

1

1 | Clerk of the Court shall file under seal the above-named documents.

2 |         SO ORDERED,

3

4 | June 12, 2008        _____
                              United States District Judge