```
CRISTINA C. ARGUEDAS (SBN 87887)
TED W. CASSMAN (SBN 98932)
RAPHAEL M. GOLDMAN (SBN 229261)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Tel: (510) 845-3000
Fax: (510) 845-3003
```

Attorneys for Defendant Rene Medina

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RENATO MENDOZA MEDINA,<br>PHYLLIS REYES CUISON and<br>RAWLIN CUNDANGAN REYES<br><br>    Defendants. | Case No. CR-06-144-01 JSW<br><br>**STIPULATION AND JOINT REQUEST TO RESCHEDULE SENTENCING HEARING** |

It is hereby stipulated and agreed between the undersigned parties that, pursuant to Criminal Local Rule 32-2(a), the hearings in the above-titled matter for sentencing defendant Rene Medina and for dismissal of charges against defendants Phyllis Cuison and Rawlin Reyes, which are presently scheduled for June 19, 2008 at 2:30 p.m., shall be continued until October 30, 2008 at 2:30 p.m. The reasons for the continuance are set forth in the accompanying Joint Declaration in Support of

Stipulated Request to Reschedule Sentencing Hearing, which has been filed under seal.

Counsel for Medina, Cuison, Reyes, and the United States will each be available on October 30, 2008 at 2:30 p.m. Likewise, Ms. Arguedas certifies that her office consulted with the United States Probation Office for the Northern District of California. We are advised that Mr. Medina's probation officer, E. Ann Searles, will be available on October 30, 2008 at 2:30 p.m., as well. Judge White's courtroom deputy advises that the proposed date is also available on the Court's calendar.

Wherefore, the parties respectfully request that the sentencing hearing be continued until October 30, 2008 at 2:30 p.m.

Dated: _____, 2008            /s/ Cristina C. Arguedas
                              Cristina C. Arguedas
                              Arguedas, Cassman & Headley LLP
                              Attorneys for Rene Medina

Dated: _____, 2008            /s/ Cynthia Stier
                              Cynthia Stier
                              Assistant United States Attorney
                              Attorneys for the United States of America

Dated: _____, 2008            /s/ Ann C. Moorman
                              Ann C. Moorman
                              Law Offices of Ann C. Moorman
                              Attorney for Phyllis Reyes Cuison

Dated: _____, 2008            /s/ Lidia Stiglich
                              Lidia Stiglich
                              Stiglich & Hinckley LLP
                              Attorneys for Rawlin Reyes

PURSUANT TO STIPULATION, IT IS SO ORDERED   There shall be no further continuances.

June 12, 2008                 /s/ Jeffrey S. White
Date                          United States District Judge

2