CRISTINA C. ARGUEDAS (SBN 87887)
TED W. CASSMAN (SBN 98932)
RAPHAEL M. GOLDMAN (SBN 229261)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Tel: (510) 845-3000
Fax: (510) 845-3003

Attorneys for Defendant Rene Medina

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RENATO MENDOZA MEDINA,<br>PHYLLIS REYES CUISON and<br>RAWLIN CUNDANGAN REYES<br><br>Defendants. | Case No. CR-06-144-01 JSW<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER RE FILING DOCUMENTS UNDER SEAL** |

The undersigned parties hereby seek permission to file under seal the following documents: (1) defendant Rene Medina's Supplemental Sentencing Memorandum; and (2) the Declaration of Cristina Arguedas in Support of Motion to File Under Seal. This motion is based upon the accompanying sealed Declaration of Cristina Arguedas in Support of Motion to File Under Seal.

1   Dated: October 21, 2008              /s/ Cristina C. Arguedas
                                         Cristina C. Arguedas
2                                        Arguedas, Cassman & Headley
                                         Attorneys for Rene Medina
3

4
    Dated: October 21, 2008              /s/ Cynthia Stier
5                                        Cynthia Stier
                                         Assistant United States Attorney
6                                        Attorneys for the United States of America

7

8   PURSUANT TO STIPULATION, it is SO ORDERED,

9

10  Dated: October 22, 2008

11                                       United States District Judge

Stipulated Motion and [Proposed] Order                                    CR-06-144-01 JSW
Re Filing Documents Under Seal           2